UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:11-CV-00682-D

| | |
|---|---|
| RONALD REALE and DEBRA REALE, and,<br><br>Minor Child T.R.B.,<br>Minor Child S.R.R.,<br>Minor Child M.R.R.,<br>Minor Child H.M.R.,<br>Minor Child S.M.R.,<br>Minor Child J.R.R.,<br>Minor Child B.R.R.,<br><br>        Plaintiffs,<br><br>v.<br><br>STATE OF NORTH CAROLINA, BEVERLY PERDUE, NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALBERT DELIA, WAKE COUNTY HUMAN SERVICES, RAMONROJANO, WARREN LUDWIG, LISA CAULEY, VIRGINIA KING, JOHN GUSTAVSON, NIKKI LYONS, RICHARD HAYNER, NANCY BRAKE, JULIE RIGGINS, SAUNDRA JUDD, GINGER GIALANELLA, JILL GREEN, JAMIE SESSOMS, LAURIE SCHOLL, ONSLOW COUNTY DEPARTMENT OF SOCIAL SERVICES, ONSLOW COUNTY CHILD SUPPORT COLLECTIONS, POLICY STUDIES INC, NORTH CAROLINA ADMINISTRATIVE OFFICE OF THE COUTS, NORTH CAROLINA JUDICIAL STANDARDS COMMISSION, ROBERT RADER, ERIC CHASSE, JANE GRAY, LORI CHRISTIAN, KRIS BAILEY, MONIC BOUSMAN, WENDY KIRWAN, STEVE COMBS, RICK CROUTHARMEL, ALBERT SINGER, MELINDA COPE, WAKE COUNTY GUARDIAN AD LITEM PROGRAM, NAEIMEH LIVINGSTON, MARGARET HERTZLER, BACCUHUS CARVER, SUSAN VICKI, MELLONEE KENNEDY, REGINALD O'ROURKE, NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES, NEVADA DEPARTMENT OF CHILDREN AND | ORDER GRANTING DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING TO THE AMENDED COMPLAINT |

| FAMILY SERVICES, LAS VEGAS METRO POLICE DEPARTMENT, CHILD HAVEN, WRENN HOUSE, WAKE HOUSE, KELLI-ANN REALE, TIMOTHY GRIEGO, NATASHA WILDE-BRANT, GERARD ANDERBERG, RHONDA ANDERBERG, CHRISTOPHER ANDERBERG, ROBIN DOMINGUEZ, ALEX WISNOSKI, SAUNDRA WISNOSKI, DAVID STONEHOUSE, AMANDA STONEHOUSE, MAIN STREET CLINICAL ASSOCIATES, KARIN YOCH, CAROLINA PSYCHOLOGICAL HEALTH SERVICES, JOYCE WILLIAMS, DISCOVERY COUNSELING AND WELLNESS, MICHAELE WORRIX, INSTITUTE FOR FAMILY CENTERED SERVICES, BRIANNE SMITH, JENNIFER BARTZ, PHILIP SMITH, COMMISSIONER JOHN VINEYARD, COUNTY OF RIVERSIDE DEPARTMENT OF SOCIAL SERVICES, COURTNEY BARZANDEH, BRUCE RUDBERG, Defendants. | |
|---|---|

Upon Defendant Las Vegas Metropolitan Police Department's Expedited Motion for Extension of Time to File its Responsive Pleading to the Amended Complaint submitted by Adam Doerr of Robinson Bradshaw and Hinson, the Court having reviewed the pleadings on file herein, and being fully advised in the premises it is hereby:

ORDERED that Defendant Las Vegas Metropolitan Police Department's Expedited Motion for Extension of Time to File a Responsive Pleading to the Amended Complaint is hereby **GRANTED**; and it is

IT IS FURTHER ORDERED that Defendant Las Vegas Metropolitan Police Department shall file its Responsive Pleading to the Amended Complaint on or before November 26, 2012.

**IT IS SO ORDERED.**

Date: October 25, 2012

_____
For JULIE A. RICHARDS, CLERK