# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| RONALD REALE, DEBRA REALE, ) <br> MINOR CHILD T.R.B. *through next* ) <br> *friends Ronald and Debra Reale*, MINOR ) <br> CHILD S.R.R., MINOR CHILD M.R.R. ) <br> *through next friends Ronald and Debra* ) <br> *Reale*, MINORCHILD H.M.R., *through* ) <br> *next friends Ronald and Debra Reale,* ) <br> MINOR CHILD S.M.R., *through next* ) <br> *friends Ronald and Debra Reale,* MINOR ) <br> CHILD J.R.R*., through next friends* ) <br> *Ronald and Debra Reale, and* MINOR ) <br> CHILD B.R.R*., through next friends* ) <br> *Ronald and Debra Reale.* ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WAKE COUNTY HUMAN SERVICES, ) <br> RAMON ROJANO, WARREN LUDWIG, ) <br> LISA CAULEY, VIRGINIA KING, JOHN ) <br> GUSTAVSON, NIKKI LYONS, RICHARD) <br> HAYNER, NANCY BRAKE, JULIE ) <br> RIGGINS, SAUNDRA JUDD, JILL ) <br> GREEN, GINGER GIALANELLA, ) <br> JAMIE SESSOMS, LAURIE SCHOLL, ) <br> JUDGE ERIC CHASE, JUDGE LORI ) <br> CHRISTIAN, JUDGE MONICA ) <br> BOUSMAN, JUDGE JANE GRAY, ) <br> STEVE COMBS, RICK ) <br> CROUGHARMEL, ALBERT SINGER, ) <br> WAKE COUNTY GUARDIAN AD ) <br> LITEM PROGRAM, BACCUHUS ) <br> CARVER, SUSAN VICK, ) <br> MELLONEE KENNEDY, LAS ) <br> VEGAS METRO POLICE ) <br> DEPARTMENT, CHILD HAVEN, ) <br> WRENN HOUSE, WAKE HOUSE, ) <br> KELLI-ANN REALE, TIMOTHY ) <br> GRIEGO, NATASHAWILDE-BRANT, ) <br> ROBIN DOMINGUEZ, RHONDA ) <br> ANDERBERG, GERARD ANDERBERG, ) | **JUDGMENT** <br><br> No. 5:11-CV-682-D |

| | |
|---|---|
| CHRISTOPHER ANDERBERG, MAIN STREET CLINICAL ASSOCIATES, DR. KARIN YOCH, CAROLINA PSYCHOLOGICAL HEALTH SERVICES, JOYCE WILLIAMS, COMMISSIONER JOHN VINEYARD, COUNTY OF RIVERSIDE DEPARTMENT OF SOCIAL SERVICES, BRUCE RUDBERG, STATE OF NORTH CAROLINA, GOVERNOR BEVERLY PERDUE, NORTH CAROLINA DHHS, ALBERT DELIA, NORTH CAROLINA A.O.C., JUDGE ROBERT B. RADER, NORTH CAROLINA J.S.C., NEVEDA D.H.H.S., NEVADA D.C.F.S., NAEIMEH LIVINGSTON, MARGARET HERTZLER, REGINALD O'ROURKE, WENDY KIRWAN, DISCOVERY COUNSELING AND WELLNESS, PLLC, MICHAELE WORRIX, INSTITUTE FOR FAMILY CENTERED SERVICES, BRIANNE SMITH, PHILLIP SMITH, JENNIFER BRETZ, ALEX WISNOSKI, SAUNDRA WISNOSKI, DAVID STONEHOUSE, AMANDA STONEHOUSE, HONORABLE JUDGE KRIS BAILEY, MELINDA COPE, ONSLOW COUNTY CHILD SUPPORT ENFORCEMENT, ONSLOW COUNTY DEPARTMENT OF SOCIAL SERVICES, POLICY STUDIES, INC., and COURTNEY BARZANDEH,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that Plaintiffs' claim for injunctive relief is DISMISSED as moot. Plaintiffs' amended complaint [D.E. 21] is DISMISSED WITHOUT PREJUDICE as to all defendants except Baccuhus Carver due to lack of personal jurisdiction arising from the failure to properly effect service. As for defendant Baccuhus Carver, Carver's motion to dismiss [D.E. 99] is GRANTED as to him, and he is no longer a party. Plaintiffs' motion for reconsideration [D.E. 193] is DENIED. The court STRIKES all references to plaintiffs' minor children as parties and DISMISSES WITHOUT PREJUDICE the minor children's claims. This court need not and does not address the numerous other arguments in the various motions. The clerk has closed the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JUNE 13, 2013**</u> WITH A COPY TO:

Ronald Reale & Debra Reale, Pro se (via USMS to 11010 Lake Grove Blvd., Suite 100-211, Morrisville, NC 27560)
Kenneth R. Murphy III  (via CM/ECF electronic notification)
Grady L. Balentine, Jr.  (via CM/ECF electronic notification)
Richard Croutharmel  (via CM/ECF electronic notification)
Adam Karl Doerr  (via CM/ECF electronic notification)
Addie K.S. Ries  (via CM/ECF electronic notification)
Philip R. Isley  (via CM/ECF electronic notification)
William Andrew LeLiever  (via CM/ECF electronic notification)
Gregory Wenzl Brown  (via CM/ECF electronic notification)
Amy Lynn Rich  (via CM/ECF electronic notification)
Ginger B. Hunsucker  (via CM/ECF electronic notification)
David S. Coats  (via CM/ECF electronic notification)
Caroline P. Mackie  (via CM/ECF electronic notification)
Angenette Renee Swartz Stephenson  (via CM/ECF electronic notification)
Shannon C. Richards  (via CM/ECF electronic notification)
David Michael Fothergill  (via CM/ECF electronic notification)
James Wilson Key Wilde  (via CM/ECF electronic notification)
Alex Wisnoski & Saundra Wisnoski, Pro se (via USPS to 120 Cullen Place, Garner, NC 27529)
David & Amanda Stonehouse, Pro se (via USPS to 4923 Oak Park Road, Raleigh, NC 27612)
Julie B. Bradburn  (via CM/ECF electronic notification)
Christopher P. Galanek  (via CM/ECF electronic notification)

<u>June 13, 2013</u>                                                       JULIE A. RICHARDS, Clerk
Date                                                                            Eastern District of North Carolina

                                                                                  <u>/s/ Debby Sawyer                    </u>
                                                                                  (By) Deputy Clerk

Raleigh, North Carolina

Page 3 of 3
Case 5:11-cv-00682-D   Document 211   Filed 06/13/13   Page 3 of 3